FRANK BUDREVIE, APPELLANT, v. WRIGHT AERONAU-TICAL CORPORATION, RESPONDENT.

Submitted June 2, 1947—Decided September 12, 1947.

For the appellant, *Isadore & Nathan Rabinowitz*.

For the respondent, *John W. Taylor*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, EASTWOOD, BURLING, WELLS, DILL, FREUND, MC-LEAN, JJ. 9.

*For reversal*—HEHER, COLIE, WACHENFELD, McGEEHAN, SCHETTINO, JJ. 5.